UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN J. REID,

Plaintiff,

v.

FLINT MTA and JOHN DOE,

Defendants.
_______________________________/

Case No. 4:26-cv-14064

F. Kay Behm
United States District Judge

# JUDGMENT

In accordance with the Opinion and Order issued on November 13, 2026, the case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: November 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge